IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    **Plaintiff,**

v.                          Case No. 4:25-cv-415-AW-MAF

FLORIDA DEPARTMENT
OF CORRECTIONS,

    **Defendant.**

_____/

## ORDER OF DISMISSAL

    Pro se prisoner Brian Casey files many lawsuits. This is one of them. In this one, he has sued the Florida Department of Corrections. The magistrate judge recommends dismissal based on Casey's three-strikes status and the fact that he has not alleged imminent danger of serious physical injury. ECF No. 5. I have considered that report and recommendation, and I have considered de novo the issues Casey raised in his objections (ECF No. 6). I agree with the magistrate judge's conclusion that Casey is a three-striker who has not alleged imminent danger of serious physical injury. I will dismiss on that basis.[1]

    I now incorporate into this order pages one and two of the report and recommendation, along with the first paragraph on page three. The motion for leave

---

[1] The magistrate judge also correctly noted that the FDOC is not a "person" for purposes of § 1983. This conclusion, though, would not resolve the ADA claim, which does not rely on § 1983. Regardless, I do not reach the merits of any claim.

1

to proceed *in forma pauperis*, ECF No. 3, is DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or secure *in forma pauperis* status." The clerk will then close the file.

 SO ORDERED on November 17, 2025.

           s/ *Allen Winsor*
           Chief United States District Judge